**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6161**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEROME NATHANIEL HOLLOWAY,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:16-cr-00018-GJH-1)

Submitted:  November 30, 2021                    Decided:  December 2, 2021

Before NIEMEYER, MOTZ, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Burnham, BURNHAM & GOROKHOV, PLLC, Washington, D.C., for Appellant. Jonathan F. Lenzner, Acting United States Attorney, Baltimore, Maryland, Joseph R. Baldwin, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Nathaniel Holloway appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying Holloway's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review), *cert. denied*, No. 21-5624, 2021 WL 4733616 (U.S. Oct. 12, 2021). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*